UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

COURTNEY HOLLOWAY,

    Plaintiff,

v.                                CAUSE NO. 3:23-CV-466 DRL-MGG

CITY OF SOUTH BEND *et al.*,

    Defendants.

## ORDER

This matter is before the court following Magistrate Judge Michael Gotsch's report and recommendation [36], which recommended that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No objections were filed by the April 1, 2024 deadline. Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety and DISMISSES this case with prejudice.

    SO ORDERED.

April 23, 2024                                        *s/ Damon R. Leichty*
                                                          Judge, United States District Court