# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

COURTNEY HOLLOWAY

    Plaintiff

v.

                                            Civil Action No. 3:23-cv-466

SOUTH BEND CITY OF
ALEXANDER WILLIAMS, *Officer*
JOHN DOES/JANE DOES, *Unknown Officers TERMINATED: 10/06/2023*
RODOLFO ESPARZA, *Officer*
BRANDON SCHMIDT, *Officer*
ANDREW HINES, *Officer*
PAUL STRABARY, *Officer*
NEIL GRABER, *Officer*
RYAN RUSH, *Officer*
KYLE DRURY, *Officer*
TAYLOR TOBIAS, *Officer*
KYLE DOMBROWSKI, *Officer*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R Leichty.

DATE: 4/23/2024          CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*